IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAILYNN FIELD, | ) |
| | ) Case No. 1:23-cv-02302 |
| Plaintiff, | ) |
| | ) JUDGE DAN AARON POLSTER |
| v. | ) |
| | ) <u>DISMISSAL ORDER</u> |
| 351 NORTH AVON, INC., D/B/A | ) |
| ALEXANDRIS RESTAURANT, *ET AL*, | ) |
| | ) |
| Defendants. | ) |

On March 1, 2024, the Court held an in-person case management conference and engaged the parties in settlement discussions. At the conclusion, the parties reached a settlement. The Court approves the parties' settlement agreement. Accordingly, the case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Plaintiff

_____
Attorney for Plaintiff

_____
Attorney for Plaintiff

**IT IS SO ORDERED.**

Date: March 1, 2024

_____
Defendant

_____
Attorney for Defendants

_____
Dan Aaron Polster
United States District Judge